**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7133**

_____

SPENCER UTSEY, a/k/a Spencer Clay Utsey,

        Plaintiff - Appellant,

    v.

EDGAR W. DICKSON,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Terry L. Wooten, Senior District Judge. (5:19-cv-02873-TLW)

_____

Submitted: July 20, 2023                      Decided: July 24, 2023

_____

Before NIEMEYER and THACKER, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Spencer Utsey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Utsey appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Utsey's 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Utsey v. Dickson*, No. 5:19-cv-02873-TLW (D.S.C. Aug. 30, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*